OFFICIAL USE ONLY

DEPARTMENT OF HOMELAND SECURITY
ICE

REPORT OF INVESTIGATION
CONTINUATION

[REDACTED]

was asked by agents for his cell phones. DJIBO provided a Nokia cell phone. DJIBO was asked if he had any other phones and responded no. DJIBO was asked for the number to his [Nokia] cell phone; he said it was 646 and that he can't remember the number. DJIBO asked to call the agents phone to find out his number. When asked again for his number, DJIBO said it was a new number and that he forgot what it is. DJIBO said he has only had this phone for a month.
   As CBP officers inspected DJIBO's carry-on bag, they discovered two other phones, an IPhone in a box that appears to be new, and an IPhone in a Green case. DJIBO said the IPhone in the box was a gift.

At approximately 2112hrs DJIBO was asked for the password to the IPhone in the Green case and provided it to agents. DJIBO was asked for the number to the IPhone and he stated it was a London number, DJIBO was asked again and he said the phone doesn't work here [In the US]; he was asked again and just looked at the agent. Finally, DJIBO was told it not a hard question to answer, it's very simple he was asked again what the number to his phone is, DJIBO replied 079440559955. When he gave the number, DJIBO stuttered and seemed to be making it up. He was asked again to confirm what his number was and he replied it's a London number, he was told that agents just wanted to know what his number was, and that it doesn't matter if it's not a US number. DJIBO replied that the number was 0794055955, DJIBO appeared nervous and was asked one last time and replied 0794055955. DJIBO said he has had this number for a long time.

[REDACTED]

AD0001

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | REDACTED |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | |

DJIBO was provided with water and was asked if he needed to use the restroom. After being advised of his constitutional rights, DJIBO declined to answer questions without the presence of an attorney. REDACTED

REDACTED

REDACTED

AD0002