

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:KLK
F. #2015R00200

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2015

By U.S. Mail and ECF

Zachary Margulis-Ohnuma, Esq.
260 Madison Avenue, Suite 1800
New York, NY 10016

        Re:    United States v. Adamou Djibo
               Criminal Docket No. 15-088 (SJ)

Dear Mr. Margulis-Ohnuma:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find supplemental discovery in the above-referenced matter. This discovery supplements the government's disclosures of April 7, 2015, April 28, 2015, June 1, 2015 and July 5, 2015. The government also requests reciprocal discovery.

      Statements of the defendant are reflected in emails sent to and/or from the defendant while incarcerated from June 22, 2015 to July 28, 2015, Bates-numbered AD1807.

      Copies of files and information obtained from an initial search on or about February 3, 2015 of (1) an Apple i-phone IMEI 01 344200 853282 1; (2) an Apple i-Pad IMEI 01 280100 387053 9; (3) a Nokia model 6310I mobile telephone IMEI 351487/20/388635/7; (4) 17 SIM cards; and (5) a blue USB device serial number 9 687880 179258 seized from the defendant are enclosed, Bates-numbered AD1817. Image files obtained in this search of the Apple i-phone IMEI 01 344200 853282 1 are not included due to the large file size. Duplicates of these images were already produced on April 28, 2015, Bates-numbered AD0450.

      Also enclosed are the following documents:

- Telephone and contact records obtained from the Metropolitan Detention Center pertaining to the defendant, Bates-numbered AD1808-15; and

- A Chemical Analysis Report prepared by the Drug Enforcement Administration, Bates-numbered AD1816.

        Very truly yours,

        KELLY T. CURRIE
        Acting United States Attorney

By:  /s/ Karen Koniuszy
        Karen L. Koniuszy
        Assistant U.S. Attorney
        (718) 254-6072

Enclosures
cc: Clerk of the Court (SJ) (by ECF) (without enclosures)