Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States

v.

Adamou Djibo

Docket No.: 15 Cr. 88

Hon. Sterling Johnson, Jr.
(District Court Judge)

Notice is hereby given that Adamou Djibo appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)
entered in this action on _____ (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: 11/10/2016   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Law Office of Zachary Margulis-Ohnuma |
| Counsel's Address: | 260 Madison Ave., 17th Floor |
| | New York, NY 10016 |
| Counsel's Phone: | (212) 685-0999 |
| Assistant U.S. Attorney: | David S. Kessler |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | 718 254 7202 |

_____
Signature